FILED
2005 Mar-18 PM 01:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILE IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

2005 MAR -9 PM 12:59

CV-05-J-0513-S

Inmate Identification Number: N.I.D. #36684

Steve Allen Wooten
Tallapoosa County Jail

(Enter above the full name(s) of the plaintiff(s) in this action)

vs.

Tallapoosa County Jail
Jimmy Abbott - Sherriff
David McMicheal - Administrator
Lt. Moss - Assistant Administrator

(Enter above full name(s) of the defendant(s) in this action)

**NOTICE TO FILING PARTY**

It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
        Yes (   )          No  (X)

   B.   If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

        1.   Parties to this previous lawsuit:

             Plaintiff(s):   N/A

             Defendant(s):   N/A

2. Court (if Federal Court, name the district; if State Court, name the county)
   N/A

3. Docket number   N/A

4. Name of judge to whom case was assigned   N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   N/A

6. Approximate date of filing lawsuit   N/A

7. Approximate date of disposition   _____

II. Place of present confinement   Tallapoosa County Jail

A. Is there a prisoner grievance procedure in this institution?
   Yes (X)        No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes (X)        No ( )

C. If your answer is YES:

   1. What steps did you take? I filled out the form and told my complaint in a short paragraph

   2. What was the result? They would not give me a reply or let me know any reason why

D. If your answer is NO, explain why not?   N/A

2

III. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) Steve Allen Wooten
N.I.D. # 36684
Address Tallapoosa County Jail
316 Industrial Park Drive
Dadeville, Ala. 36853

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Jimmy Abbott
is employed as Sheriess
at Tallapoosa County (Jail)

C. Additional Defendants Haver McMicheal - Jail Administrator
Lt. Carolyn Moss - Assistant Administrator

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I HAVE BEEN IN THE TALLAPOOSA COUNTY JAIL FOR 6 WEEKS ON A D.U.I. CHARGE, I CAME IN 2-3-05 AS OF RIGHT NOW I HAVE NOT BEEN BEFORE A JUDGE. I READ IN THE LAW BOOK ONCE BEFORE THAT I AM SUPPOSE TO BE IN FRONT OF A JUDGE BY NOW.

3

I HAVE BEEN ASKING THE STAFF AND THEY TELL ME THEY DON'T HAVE TO CARRY ME TO COURT TILL THEY GET READY. PLEASE HELP!!

## V. RELIEF

State briefly **exactly** what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

THIS JAIL IS IN A MESS. THE STAFF HERE TREATS EVERYONE LIKE DOGS. I WOULD LIKE TO SEE THE INSTITUTION RUN BY THE GUIDELINES SET. SOMEONE NEEDS TO STEP IN PLEASE WE ARE BEGGING FOR HELP. SEND SOMEONE OR FILE THIS COMPLAINT IN COURT

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2-17-2005

Steve Allen Stoeten
N.I.D. # 36684
Tallapoosa County Jail
31½ Industrial Park Drive
Dadeville, Ala. 36853

Signature(s)

4