FILED

**FOR USE BY INCARCERATED PERSONS**          CV-05-J-0513-S

2005 MAR -9 PM 12: 59

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

## APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Declaring that the personal and financial information I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security.

1. Your full name: __Steve Allen Wooten #36684__
   Present mailing address: __316 Industrial Park Drive__
   __Dadeville, AL. 36853__

2. Are you presently employed?                             Yes ___   No _X_

   If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.

   __N/A__

   Monthly earnings: __579.00 mo.  S.S.I__

   If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.

   _____

Date last worked: _____

Monthly earnings: _____

3. Have you received within the past twelve months any money from any of the following sources?

   (a) Business, profession, or any form of self-employment?    Yes ___   No _X_
   (b) Interest, dividends, rents, or investment income of any kind?   Yes ___   No _X_

1

(c) Pensions, annuities, or life insurance payments?    Yes ___   No _X_

(d) Gifts or inheritances?    Yes ___   No _X_

(e) Any other sources?    Yes _X_   No ___

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

S.S.I.
Before Coming Into Jail
$579.00 Mo.

4. How much money do you own or have in any checking or saving accounts, including your prison or jail account? $ __0__

5. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?    Yes _✓_   No ___

If the answer is "yes," describe the property and state its approximate value:

Car, 1953 Mercury Marquis Station Wagon
$500.00

6. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support.

Alone
No Dependants

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated: _____    Steve Allen Horton #36694
                         SIGNATURE OF PLAINTIFF

2

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include <u>both</u> the total deposits made to the prisoner's account each and every month for the preceding six months <u>and</u> the average monthly balance in the account each and every month during the preceding six months. Information for **six full months** must be provided.

### CERTIFICATION

I hereby certify that prisoner _Steve A. Sexton #36684_ has been incarcerated in this institution since _Feb. 3_, _2005_ and that he has the sum of $_____ in his prison or jail trust account on this the _____ day of _____, 19____. I further certify that the information provided below is true and correct.

|  | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | 2-4-05 – 2-28-05 | $ 64.65 | $ |
| Month 2 | 3-1-05 | $ 0 | $ 10.00 |
| Month 3 |  | $ | $ |
| Month 4 |  | $ | $ |
| Month 5 |  | $ | $ |
| Month 6 |  | $ | $ |
| Current month (if less than full month) |  | $ | $ |

I ASKED THE STAFF TO FILL THIS OUT FOR ME. THEY TOLD ME THEY DID NOT HAVE TO.

_____
Signature of Authorized Officer of Institution

_____
Name of Institution

4