IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEVE ALLEN WOOTEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:05-cv-00513-IPJ-PWG |
| ) | |
| TALLAPOOSA COUNTY JAIL, ET AL., ) | |
| ) | |
| Defendants. ) | |

ORDER

The magistrate judge filed a report and recommendation on April 15, 2005, recommending that this action be transferred to the United States District Court for the Middle District of Alabama. No response has been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate judge's recommendation is ACCEPTED. It is therefore ORDERED that this case be TRANSFERRED to the United States District Court for the Middle District of Alabama for further proceedings.

DONE this the 9th day of May, 2005.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE