**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

RECEIVED

2005 MAY 11  A 10: 44

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Perry Mathis
Clerk

May 10, 2005

USDC/MDAL
3:05cv0441-T-C

Clerk's Office
USDC Middle District of Alabama
P.O. Box 711
Montgomery, AL 36103

Case Number: 2:05-cv-513-IPJ-PWG

Dear Clerk:

In accordance with the order of this court, the above-entitled civil action is transferred to your court for further litigation. Enclosed is a certified copy of the order of transfer, a certified copy of the docket entries and the original record on file. Please acknowledge receipt on the attached copy of this letter.

Sincerely,

PERRY D. MATHIS, CLERK

By: Angela S. Langley
Deputy Clerk

PDM:asl

Enclosures