IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STEVE ALLEN WOOTEN | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 3:05-CV-441-T |
| TALLAPOOSA COUNTY JAIL, *et al.*, | * |
| Defendants. | * |

**ORDER**

On May 23, 2005 this court entered an order, a copy of which was mailed to Plaintiff. This order was returned to the court as undeliverable and marked "Returned to Sender, Attempted Not Known, Not Here" because Plaintiff was no longer at the address he had provided to the court. This case cannot proceed if Plaintiff's whereabouts remain unknown to this court. Accordingly, it is

ORDERED that on or before June 30, 2005 Plaintiff shall show cause why this case should not be dismissed for his failure to keep the court apprised of his current address and his failure to adequately prosecute this action.

Plaintiff is specifically cautioned that if he fails to respond to this order the Magistrate Judge will recommend that this case be dismissed.

Done this 16th day of June, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE