IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STEVE ALLEN WOOTEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05cv441-T |
| | ) |
| TALLAPOOSA COUNTY JAIL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On June 27, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby adopted and that this case be and is hereby DISMISSED without prejudice for the plaintiff's failure to prosecute this action and his failure to comply with the orders of the court.

DONE, this the 3rd day of August, 2005.

                                                         /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE